IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| AMANDA PEDIGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 4:15-CV-26 |
| | ) | |
| CALSONICKANSEI NORTH AMERICA, INC., | ) ) | JUDGE MATTICE MAGISTRATE JUDGE LEE |
| | ) | |
| Defendant. | ) | JURY DEMAND |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Amanda Pedigo ("Plaintiff") and Defendant, CalsonicKansei North America, Inc. ("Defendant"), having fully compromised and resolved all disputes between them, hereby request that the Court DISMISS Plaintiff's lawsuit against Defendant WITH PREJUDICE. Plaintiff shall be responsible for any Court costs and filing fees associated with this lawsuit.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

s/ *Matthew C. Lonergan*

Matthew C. Lonergan (BPR No. 10798)
John P. Rodgers (BPR No. 30324)
1600 Division Street
Suite 700, P.O. Box 340025
Nashville, Tennessee 37203
(615) 244-2582
*Attorneys for Defendant CalsonicKansei North America, Inc.*

THE HIGGINS FIRM

*/s/Ryan Simmons/w/permission*
James S. Higgins (BPR No. 16142)
Jonathan A. Street (BPR 21712)
Ryan Simmons (BPR No. 31456)
525 4th Avenue South
Nashville, TN 37210
(615) 353-0930

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was delivered via the Court's electronic case filing system to:

James S. Higgins (BPR No. 16142)
Jonathan A. Street (BPR 21712)
Ryan Simmons (BPR No. 31456)
525 4th Avenue South
Nashville, TN 37210
(615) 353-0930

on this 17th day of June, 2016.

*s/ Matthew C. Lonergan*
Matthew C. Lonergan

- 2 -
Case 4:15-cv-00026-HSM-SKL   Document 21   Filed 06/17/16   Page 2 of 2   PageID #: 76
7/3844119.1